RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA        2006 DEC 20 A 9: 28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Sheraton Jerome Smith )
Full name and prison number )
of plaintiff(s) AIS#211796 )
 )
v. )    CIVIL ACTION NO. 2:06CV1126-MEF
 )    (To be supplied by Clerk of
Officer D. Bell CoI )    U.S. District Court)
Officer Ivey CoI )
Sgt. Woods CoSI )
 )
_____ )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO (  )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO (  )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  SB/cell #22 Segregation

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Easterling Correction Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME  CoI                        ADDRESS  First Shift 6:00 AM til 2:00 pm
1. Officer D. Bell              Easterling Correction Facility
2. Officer Ivey                 Easterling Correction Facility
3. Sgt. Woods                   Easterling Correction Facility Shift office 6:00 AM til 2:00 pm
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  July 16, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Alabama Department of Correction Officers; Reckless endangerment; and Assault with inmate

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

7:30AM 5B/cell #8 Refuse to move me from cell after i reported to both officers that inmate was threating to stick and kill me with two ink pens. Officer co I D. Bell officer coI Ivey

GROUND TWO: ADOC)Sgt. Reckless endangerment, and Threat's; Criminal Coercion; unlawful act

SUPPORTING FACTS: 8:05AM Segregation Office. Refuse to move me after i reported that an inmate was threting to stick and kill me. And was also told that i was gonna do what i had to do. Fight or what ever because he wanted to write me a disciplinary anyway. Sgt. Woods coS I

GROUND THREE: ADOC)inmate Sexual torture; or Attempt to Rape; Unlawful Confinement

SUPPORTING FACTS: 8:15AM 5B/cell #8 Inmate pull out his peanus and started jacking his peanus and tells me to jump off my bed and suck his peanus and let him fuck me in my ass. I grabed inmate in a choke arrest and told the officers to get me out the cell officer D. Bell and officer Ivey I was charged with assault on inmate Officer D. Bell Inmate Boglin  45 days disciplinary

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*I would like for the court to make me a civil suit.*

*S. J. Smith*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on *December 14, 2006*.
           (Date)

*S. J. Smith*
Signature of plaintiff(s)

4