IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED

2006 DEC 20 A 9:28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Shearton J. Smith
_____

**Plaintiff(s)**

v.

Bullock Circuit Court

**Defendant(s)**

2:06CV1126-MEF

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Shearton Jerome Smith

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Shearton J. Smith
**Plaintiff(s) signature**

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| Plaintiff | APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT |
| V. | |
| Defendant | CASE NUMBER: 072 Robbery 1<br>073 Kidnapping 1 |

RECEIVED
DEC 20 A 9:28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, **Shearton J. Smith**, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes     ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Easterling Correction Facility**

   Are you employed at the institution? **No**   Do you receive any payment from the institution? **No**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. **It's been 6 years or more since i had a wages job; I think it was youngs Plant farm Opalika,Al. wages 80-to**

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. Gifts or inheritances | ☑ Yes | ☐ No |
   | f. Any other sources | ☑ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

1 Source: Gifts Birthday and Holiday's) Amount: $10 $25 to $50 or more Family and Friends   Continue: The Same Amount

2 Source: Visit Funds to eat) Amount: $10 $25 to $50 or more   Continue: The Same Amount

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☐ No

    If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☑ Yes   ☐ No

    If "Yes," describe the property and state its value. 1978 4 door Cadillac Fleet Wood Value, From 1,200 to 1,500 Runs Good, Silver Rope chain and charm Silver link Chain and charm Holy Bible Black CD's and CD player Clothing and Shoes Time watch's and Jordan Colone inside my automobile and more, 1,700 in cash, Tuskegee Police Department. Value of property $400 to $500 or more.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Daughter Name Dashuniquewa A. Smith Contribute Support, $ what i can, when i can, I don't have a job, So i do the best that i can do to be Successful as a Father can be.

I declare under penalty of perjury that the above information is true and correct.

December 18, 2006          S. J. Smith  #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
          Date                           Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# UNITED STATES DISTRICT COURT

## District of

RECEIVED
2006 DEC 20 A 9: 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff
Shearton J. Smith

V.

Defendant
Bullock Circuit Court

Case Number 072 Robbery 1
073 Kidnapping

## Motion to proceed in forma pauperis

Plaintiff(s) Shearton J. Smith moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

S. J. Smith
Plaintiff(s) Signature

I would like to plea my case (unfair practice of import trade) where I told co-defendant to turn the victim loose more than three times. And had anything to do with the crime that took place.