```
                    STATE OF ALABAMA
                  DEPARTMENT OF CORRECTIONS
                  EASTERLING CORR FACILITY

                        RECEIVED
AIS #: 211796    NAME: SMITH, SHERATON JEROME    AS OF: 12/31/2006

                      # OF   2007 JAN 18  A 9:51
                             AVG DAILY         MONTHLY
       MONTH   DAYS          BALANCE           DEPOSITS
```

*D. Bell, et al.,*

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JAN | 31 | $3.10 | $0.00 |
| FEB | 28 | $10.31 | $50.00 |
| MAR | 31 | $42.84 | $90.56 |
| APR | 30 | $68.00 | $0.00 |
| MAY | 31 | $2.28 | $0.00 |
| JUN | 30 | $1.67 | $30.00 |
| JUL | 31 | $45.32 | $55.00 |
| AUG | 31 | $53.98 | $0.00 |
| SEP | 30 | $61.98 | $10.00 |
| OCT | 31 | $63.98 | $0.00 |
| NOV | 30 | $63.98 | $0.00 |
| DEC | 31 | $55.72 | $0.00 |

*Dec 31    $63.98    $63.98 Current Ballance*

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
HOLMAN CORRECTIONAL FACILITY

RECEIVED

AIS #: 211796      NAME: SMITH,SHERATON JEROME           AS OF: 01/12/2007

2007 JAN 18  A 9:51

D.Bell, et al.,

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JAN | 19 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 12 | $29.66 | $63.98 |
| Jan 03 | | $63.98 | $63.98 Current Balance |
| Jan 04 | | $46.04 | $0.00 |
| Jan 10 | | $25.65 | $0.00 |
| Jan 05 | | 25.65 Current Balance | $15.00 |
| Jan 05 | | 25.65 | $25.00 |

$40.00 Not Posted