IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| SHERATON JEROME SMITH,<br>#211 796 | * | |
|     Plaintiff, | * | |
|     v. | * | 2:06-CV-1126-MEF |
| D. BELL, *et al.*, | * | |
|     Defendants. | * | |

_____

**ORDER**

For good cause, it is

ORDERED that the court's February 22, 2007 order (Doc. No. 6) be and is hereby

WITHDRAWN.

Done, this 23rd day of February 2007.

                                                    /s/ Terry F. Moorer
                                                  TERRY F. MOORER
                                                  UNITED STATES MAGISTRATE JUDGE

Case 2:06-cv-01126-MEF-TFM     Document 7     Filed 02/23/2007     Page 2 of 2