3-6-07

Sheraton J. Smith

AIS#211796  M-30

To: Judge
Terry F. Moorer

RECEIVED

2007 MAR -8 A 9:27

CA: 2:06cv1126MEF

## Conclusion

Accordingly, it is the Recommendation of the Magistrate Judge that this case be Dismissed with prejudice prior to service of process pursuant to the provison of 28 U.S.C. §1915(e)(2)(B).

## I. Facts

Smith intelligence revealed incorrect information in process of appropriate dismissal. Smith V. Bell cv 1126 (2007) Under 28 U.S.C. §1915(e)(2)(B)

## II. Discussion

### A. The failure to protect claim

Smith facts shows that a complaint was reported of an threat from cell inmate. Not only to officer Bell and officer Ivey but also reported to Sergeant Woods also Supervisor of tha shift. Failure to move to safety or disregarding my safety of any inmate would violate my constitutional rights of the eighth Amendment. Smith V. Bell cv 1126 (2007)

Smith intelligence revealed a known fact that prison officials have a duty not to disregard a known risk to inmate safety. Smith V. Bell cv 1126 U.S.C. (2007)

Done, this 2nd day of March 2007.

Shearton J. Smith
SS# 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
Sheraton J. Smith
AIS #211796    LowKEy

Plaintiff

Sheraton Smith
BTS#911796 M-36
Holman Corr. Facility
Holman 3700
Atmore, Ala. 36503

U.S.C.M.
Legal/Mail

MOBILE AL 366

06 MAR 2007 PM 2 L

MARCH IS
KIDNEY MONTH

GIVE TO THE NATIONAL
KIDNEY FOUNDATION

To: Clerk
P.O. Box 711
Montgomery, Ala. 36101

36101+0711 B007