IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

SHERATON JEROME SMITH,          )
                                )
          Plaintiff,            )
                                )
v.                              )   CASE NO.  2:06-cv-1126-MEF
                                )            WO
D. BELL, *et al.*,              )
                                )
          Defendants.           )

# O R D E R

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection (Doc. #11) to the Recommendation of the Magistrate Judge filed on March 8, 2007 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #8) entered on February 26, 2007 is adopted;

3.  This case is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).

DONE this 27th day of March, 2007.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE